# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD SCHONBACHLER,

    Plaintiff,

vs.

KAROL WESTERN CORPORATION, *et al.*,

    Defendants.

Case No. 2:08-cv-01157-LDG-GWF

**ORDER**

    This matter is before the Court on Defendant Karol Western Corporation's Status Report (#107), filed December 6, 2010. On November 12, 2010, the Court entered a report and recommendation that Plaintiff's complaint should be stricken unless Plaintiff pays the balance of attorney's fees previously awarded on or before December 3, 2010. (#106). In the present status report, Defendant indicates that it has not received "full payment" of the attorney's fees to date. (#107 at 2). From the language of the status report, it is not clear whether Plaintiff has made some payment since the Court's November 12 report and recommendation. Accordingly,

    **IT IS HEREBY ORDERED** that Defendant Karol Western Corporation shall submit an additional status report on or before **December 13, 2010**, clarifying whether they have received any payment on the previously awarded attorney's fees.

    DATED this 7th day of December, 2010.

*/s/ George Foley Jr.*
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**