# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD SCHONBACHLER,

    Plaintiff,

v.

KAROL WESTERN CORPORATION, *et al.*,

    Defendants.

Case No. 2:08-cv-01157-LDG (GWF)

**ORDER**

Defendant Karol Western Corporation moves to hold plaintiff in contempt, strike the complaint, and dismiss this action (## 98, 99, 100). Plaintiff Richard Schonbachler opposes the motion (#103).

The Magistrate Judge held a hearing on Karol Western's motion on November 8, 2010. On November 12, 2010, the Magistrate Judge issued findings and recommended that Karol Western's motion be granted as follows: "That Plaintiff's complaint be stricken and that this action be dismissed, with prejudice, unless Plaintiff pays the balance of the attorney's fees previously awarded to Defendant in the amount of $6,182.00 on or before December 3, 2010." The Magistrate Judge further notified both parties that "any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court

within fourteen days." More than twenty-one days have passed since the Findings and Recommendation issued, and neither party filed written objections. Karol Western has filed a status report with the Court indicating that Schonbachler did not pay the balance of the awarded attorney's fees on or before December 3, 2010. In sum, Schonbachler has neither objected to the Magistrate Judge's recommendation that this matter be dismissed unless he paid the balance of the awarded attorney's fees on or before December 3, 2010, nor did he timely pay the balance of the awarded attorney's fees. Accordingly,

THE COURT **ADOPTS** the Findings and Recommendation (#105);

THE COURT **ORDERS** that Karol Western Corporation's Motion to Hold Plaintiff in Contempt, Strike Complaint and Dismiss this Action (## 98, 99, 100) are GRANTED as follows: Richard Schonbachler's Complaint is STRICKEN and this action is DISMISSED, with prejudice.

DATED this _____ day of December, 2010.

_____
Lloyd D. George
United States District Judge

2