# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD SCHONBACHLER,

    Plaintiff,

v.

KAROL WESTERN CORPORATION, *et al*.,

    Defendants.

Case No. 2:08-cv-1157-LDG (GWF)

**ORDER**

Previously, the defendants moved for attorney's fees and costs (#113). The Court granted that motion in part, ordering that the plaintiff shall pay to defendants their attorney's fees incurred in the effort to compel his compliance with his discovery obligations regarding his finances and financial status, as well as efforts to compel his compliance with the May 13, 2010, Order granting attorney's fees, including attorney's fees incurred in response to his efforts to avoid payment of the attorney's fees ordered on May 13, 2010. However, as the defendants had not separately identified the amount of fees so incurred, the Court ordered the Defendants to supplement their motion for attorney's fees with a redacted copy of billing records separately identifying the relevant attorney's fees. The Defendants have done so. Accordingly,

1       THE COURT **ORDERS** that the amount of attorney's fees awarded to the
2  Defendants and against the plaintiff is $52,840.00.

3

4  DATED this ___17___ day of June, 2011.

5
                                                    _____
6                                                   Lloyd D. George
                                                    United States District Judge
7

2