1  Edgar Carranza, Esq.
   Nevada State Bar No. 5902
2  **BACKUS, CARRANZA & BURDEN**
   3050 South Durango Drive
3  Las Vegas, NV 89117
   (702) 872-5555
4

5  Attorneys for Defendant
   KAROL WESTERN CORPORATION
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD SCHONBACHLER, | ) |
| Plaintiffs, | ) Case No. 2:08-cv-01157-LDG-GWF |
| vs. | ) |
| KAROL WESTERN CORPORATION, a Nevada corporation; ANTHONY M. ZOSS, an individual; GARY B. ZOSS, an individual; and DOES I through XX, and DOE ENTITIES I through XX, inclusive, | ) |
| Defendants. | ) |

## FINAL JUDGMENT

Defendant KAROL WESTERN COPRORATION, by and through counsel Edgar Carranza, Esq. of the law firm of BACKUS, CARRANZA & BURDEN, requests judgment be entered separately pursuant to Federal Rule of Civil Procedure ("FRCP") 58 as follows:

This action having been disposed of by Judge George without a jury, and the following decision was reached:

IT IS HEREBY ORDERED that the defendant, KAROL WESTERN CORPORATION, recover from plaintiff, RICHARD SCHONBACHLER, the amount of **$64,800.82** consisting of

1

Defendant's costs in the sum of $11,960.92 and attorney's fees in the sum of $52,840.

DATED this ___ day of June, 2011.

_____
Lloyd D. George
Sr. U.S. District Judge

Submitted by:

_____
Edgar Carranza, Esq.
Nevada Bar No. 5902
3050 South Durango Drive
Las Vegas, Nevada 89117
Attorneys for Defendant
KAROL WESTERN CORPORATION

2